AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS, EASTERN DIVISION

APPEARANCE

04 12441 NMG

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JPMORGAN CHASE BANK, n/k/a JPMORGAN CHASE BANK, N.A.

I certify that I am admitted to practice in this court.

| November 17, 2004 | |
|---|---|
| Date | Signature |

Thomas J. Finn        # 561346
Print Name            Bar Number

McCarter & English LLP
Address

CityPlace I, 185 Asylum Street

City        State        Zip Code
Hartford, CT 06103

Phone Number                Fax Number
860-275-6700        860-724-3397