UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| V. | : | |
| JPMORGAN CHASE BANK, | : | |
| Defendant. | : | NOVEMBER 17, 2004 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A., through its attorneys, hereby certifies that it is a wholly owned subsidiary of JPMorgan Chase & Co., a Delaware corporation.

Dated:  November 17, 2004
         Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
JPMORGAN CHASE BANK,

By: _____
Thomas J. Finn
(BBO # 561346)
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATION

    This is to certify that on this 17th day of November, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

Frank J. Bailey, Esq.
James W. Matthews, Esq.
Anthony L. DeProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Counsel for Plaintiff

                                                                            Thomas J. Finn

HARTFORD: 626577.01