UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | : | CIVIL ACTION NO.: 04 CV 12441 (NMG) |
| Plaintiff, | : | |
| V. | : | |
| JPMORGAN CHASE BANK, | : | |
| Defendant. | : | NOVEMBER 23, 2004 |

## MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A. ("Chase"), hereby moves this Court to dismiss the Complaint and Jury Demand, dated October 21, 2004 ("Complaint"), filed by the plaintiff, Stop & Shop Supermarket Company LLC ("Stop & Shop"), or in the alternative, to transfer this action to the United States District Court for the District of Connecticut.

Chase moves to dismiss Stop & Shop's Complaint in its entirety on the grounds that this action is barred by operation of the First Filed Rule. The claims asserted in the Complaint arise out of the same occurrences giving rise to the action entitled, JPMorgan Chase Bank v. Stop & Shop Supermarket Co., 3:04 CV 1763 (AWT), previously filed and pending before the United States District Court for the District of Connecticut ("District of Connecticut"). Thus, this controversy should be adjudicated in Connecticut, the forum in which litigation concerning the controversy was first filed, as there exists no special circumstances or balance of conveniences

that justify giving priority to the second-filed action pending before this Court. Additionally, there is no connection between this district and the issues involved in this litigation as the operative facts giving rise to Stop & Shop's claims occurred exclusively in Connecticut. As such, Stop & Shop's purpose for commencing this second suit in Massachusetts appears to be based solely on its desire to secure a more convenient forum in which to litigate its claims. However, such conduct is barred by the well settled First Filed Rule. Accordingly, Chase submits that this action should be dismissed in favor of the prior pending action in Connecticut.

Alternatively, in the event the Court concludes that dismissal is not warranted, Chase requests that this action be transferred to the District of Connecticut pursuant to 28 U.S.C. § 1404. The District of Connecticut is a substantially more convenient forum for the disposition of the claims at issue than the present forum. Also, judicial economy dictates that this action should be transferred to the District of Connecticut in order that the claims of all parties involved may be tried in one action.

Counsel for the parties have attempted in good faith to resolve the issues involved. This Motion in based on all the papers and records on file in this action, including Exhibits 1 through 3 attached hereto, the Memorandum of Law in Support of Motion to Dismiss, dated November 23, 2004, including Exhibit A attached thereto; and on any oral argument or evidence that may be presented at the requested hearing of this Motion.

WHEREFORE, the defendant, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A., respectfully requests that the Court grant its Motion to Dismiss or Alternatively to Transfer Venue, dated November 23, 2004, and dismiss the action in its entirety, or in the alternative, transfer the matter to the United States District Court for the District of Connecticut to be tried in conjunction with the suit already pending before the Connecticut District Court.

## REQUEST FOR ORAL ARGUMENT

Chase respectfully requests that a hearing be scheduled before the Court for purposes of oral argument in connection with this Motion.

Dated:  November 23, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
JPMORGAN CHASE BANK,

By: _____
Thomas J. Finn
(BBO # 561346)
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATION

This is to certify that on this 23rd day of November, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

Frank J. Bailey, Esq.
James W. Matthews, Esq.
Anthony L. DeProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Counsel for Plaintiff

_____
Thomas J. Finn

HARTFORD: 627156.01

4