UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | CIVIL ACTION NO.: 04 CV 12441 (NMG) |
| Plaintiff, | |
| V. | |
| JPMORGAN CHASE BANK, | DECEMBER 21, 2004 |
| Defendant. | |

## MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO JPMORGAN CHASE BANK'S MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE

Pursuant to Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A. ("Chase"), respectfully requests leave, nunc pro tunc, to reply to the plaintiff's, The Stop & Shop Supermarket Company LLC ("Stop & Shop"), Opposition to JPMorgan Chase Bank's Motion to Dismiss or Alternatively to Transfer Venue, dated December 7, 2004.

As grounds for the instant motion, Chase submits that, by way of memorandum in opposition to Chase's Motion to Dismiss or Alternatively to Transfer Venue ("Motion to Dismiss"), Stop & Shop did not solely oppose the Motion, but also moved to remand the above-captioned action to the Commonwealth of Massachusetts Superior Court. In doing so, Stop & Shop has obscured the issues relevant to its Motion to Remand and its opposition to Chase's

Motion to Dismiss. Accordingly, Chase was necessarily required to address the arguments asserted by Stop & Shop in opposition to the Motion to Dismiss as well in order to properly and adequately address the arguments set forth by Stop & Shop in support of its Motion to Remand. Thus, for purposes of ease and efficiency, Chase respectfully requests leave of the Court to reply to Stop & Shop's opposition to the Motion to Dismiss simultaneously with Chase's opposition to Stop & Shop's Motion to Remand in one comprehensive briefing.

Dated: December 21, 2004
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
JPMORGAN CHASE BANK,

By: /s/ Thomas J. Finn
Thomas J. Finn
(BBO # 561346)
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATION

This is to certify that on this 21st day of December, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

Frank J. Bailey, Esq.
James W. Matthews, Esq.
Anthony L. DeProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA  02110

_____
Thomas J. Finn

HARTFORD: 629360.01