UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | : | CIVIL ACTION NO.: 04 CV 12441 (NMG) |
| Plaintiff, | : | |
| V. | : | |
| JPMORGAN CHASE BANK, | : | |
| Defendant. | : | DECEMBER 21, 2004 |

### AFFIDAVIT OF TIMOTHY S. FISHER IN SUPPORT OF JPMORGAN CHASE BANK'S MEMORANDUM OF LAW IN OPPOSITION TO THE STOP & SHOP SUPERMARKET COMPANY LLC'S MOTION TO REMAND AND REPLY TO OPPOSITION TO JPMORGAN CHASE BANK'S MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE

I, Timothy S. Fisher, do hereby swear and affirm under the penalty of perjury as follows:

1. I am a partner with the law firm of McCarter & English LLP, counsel for the defendant, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A. ("Chase"), in the above-captioned matter. I make this affidavit in connection with Chase's Memorandum of Law in Opposition to The Stop & Shop Supermarket Company LLC's Motion to Remand and Reply to Opposition to JPMorgan Chase Bank's Motion to Dismiss or Alternatively to Transfer Venue, dated December 21, 2004.

2. The parties to the action entitled JPMorgan Chase Bank v. Ridgefield Properties LLC, et al, 3:02 CV 2266 (RNC) (the "Original Action"), pending before the United States District Court for the District of Connecticut, were scheduled to participate in mediation before

the Honorable Donna F. Martinez, United States Magistrate Judge, on October 20, 2004. The defendant in the instant action, The Stop & Shop Supermarket Company LLC ("Stop & Shop"), was also participating in the mediation.

3.      Before October 20, 2004, it became apparent that, given the nature of the settlement demands being made by Stop & Shop and Ridgefield Properties LLC ("Ridgefield Properties"), Chase would not be able to produce a representative who complied with the Court's order concerning the mediation, i.e., a person with personal authority to accept the combined current demands of the opposing parties. I therefore contacted counsel for the defendants in the Original Action, counsel for Stop & Shop, Frank J. Bailey, Esq. ("Mr. Bailey"), and Magistrate Judge Martinez to request that the October 20, 2004, mediation be converted into a status conference. I contacted these individuals in and around October 15 through 18, 2004.

4.      As a result, the anticipated mediation was converted into a telephonic status conference.

5.      During the October 20, 2004, status conference, I again stated that Chase could not produce a representative with personal authority to accept the combined current demands of Stop & Shop and Ridgefield Properties; nor would Chase be able to do so given the nature of those demands. For this reason, I stated that I believed that there was no reason to continue with the mediation.

6.      Toward the end of the October 20, 2004, status conference, I indicated that while Stop & Shop's claims should be addressed in the same proceeding as the claims between Chase and Ridgefield Properties, Chase had refrained from moving to join Stop & Shop as a party to the Original Action in light of the stay of the Original Action. I proposed that Chase and

Stop & Shop agree to continue to forebear from any filing. Mr. Bailey refused to agree to any forbearance between Stop & Shop and Chase.

7.　　In spite of Mr. Bailey's statement in the conference call, before filing the action against Stop & Shop, I again attempted to contact Mr. Bailey at approximately 4:00 p.m. on October 20, 2004, as a professional courtesy in order to attempt to reach a stipulation between the parties to forebear from any filing. I was told that James W. Matthews, Esq. (who had participated with Mr. Bailey in meetings regarding the matter up to that point) was unavailable and that Mr. Bailey had left the office. Therefore, I left Mr. Bailey a voicemail.

8.　　After unsuccessfully attempting to reach Mr. Matthews and Mr. Bailey, I advised Paula Cruz Cedillo, Esq., who was present for my phone message left for Mr. Bailey at approximately 4:00 p.m., to proceed to file the Complaint, dated October 20, 2004, with the Court.

Timothy S. Fisher

Signed and sworn to before me on this 21st day of December, 2004.

Commissioner of the Superior Court

HARTFORD: 629262.02

3