UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -8  P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-CV-12441 (NMG)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff The Stop Supermarket Company LLC and Defendant JP Morgan Chase Bank, being the parties to the above-captioned action, hereby stipulate and agree that all claims are hereby dismissed without prejudice, with each party to bear its own costs and attorney's fees, and waiving all rights of appeal.

| | |
|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | JP MORGAN CHASE BANK |
| By its attorneys, | By its attorney, |
| *[signature]* | *[signature]* |
| Frank J. Bailey (BBO# 026485)<br>James W. Matthews (BBO# 560560)<br>Anthony L. DeProspo, Jr. (BBO# 644668)<br>SHERIN AND LODGEN LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 | Thomas J. Finn (BBO# 561346)<br>MCCARTER & ENGLISH LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>(860) 275-6700 |

Date: February 1, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by ~~hand~~/mail.

Date: February 7, 2005